UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INSTITUITE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Civ. No. 25-4356 (BAH) |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, hereby provide the following joint status report pursuant to the Court's May 27, 2026, Minute Order.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on September 16, 2026. ECF No. 1. Plaintiff seeks text messages of an agency political appointee.

2. At this time, Defendant is handling the FOIA requests for all three of the following cases simultaneously: *IER v. USDA*, 25-3198 (TSC), *IER v. USDA*, 25-4356 (BAH), and *IER v. USDA*, 26-88 (TSC). In the instant matter, Defendant reports that it has completed its search for responsive records and has completed processing of all potentially responsive records. On July 21, 2026, Defendant made what it asserts is its final production in this case. Plaintiff has communicated its position regarding that production to the undersigned AUSA, and the government is currently considering its response.

3. Accordingly, the parties propose that they file another Joint Status Report within 60 days to update the Court on the FOIA request.

Dated: July 27, 2026                                  Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _/s/ *Fithawi Berhane*_____
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*


HARDIN LAW OFFICE
By: _/s/ *Matthew D. Hardin*
MATTHEW D. HARDIN
D.C. Bar No. 1032711
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

*Attorney for Plaintiff*